**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darian TENSLEY, a.k.a. Drac,
Defendant–Appellant.**

No. 08–14866
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 25, 2009.

Ellis Rexwood Curry, Tampa, FL, for Defendant–Appellant.

Before BARKETT, PRYOR and COX, Circuit Judges.

PER CURIAM:

Ellis Rexwood Curry, appointed counsel for Darian Tensley, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the decision of the district court is AFFIRMED.